UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>AARON DEON KINSEY,<br><br>             Defendant. | NO. CR-05-6041-EFS<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR REVIEW OF BAIL AND SETTING CONDITIONS OF RELEASE |

  This matter came before the Court on December 1, 2005, for a bail hearing. The government was represented by Jane Kirk, Esq. Defendant was present with appointed counsel, Alex Hernandez, Esq.

  The Court **granted** Defendant's motion to reopen detention hearing and **granted** Defendant's motion for an expedited hearing.

  The government proffered the pre trial service report and recommended continued detention based on risk of flight and danger to the community.

  The defendant argued that there are conditions of release that could be imposed which will assure his appearance as required and protect community safety.

  This court has taken into account the argument of counsel, evidence and information in the pre trial services report concerning the nature and the circumstances of the offense

ORDER GRANTING DEFENDANT'S
MOTION FOR REVIEW OF BAIL AND
SETTING CONDITIONS OF RELEASE - 1

charged, the weight of the evidence against the defendant, the history and characteristics of the person, including his character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal history, record concerning appearance at court proceedings and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

The court finds that the government has not established by a clear preponderance of the evidence that there is an absence of condition or conditions that could be imposed that would reasonably assure this defendant's presence at trial or compliance with court orders and further, that the government has not shown by clear and convincing evidence that there are no conditions that could be imposed which would protect community safety.

Upon receipt of the A. O. Form 199C, it is **ORDERED** that the U.S. Marshall shall release defendant from custody.

**IT IS FURTHER ORDERED**, that the release of the defendant is subject to the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law.

2. The defendant shall advise the court and the U. S. attorney in writing before any change in address.

3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

ORDER GRANTING DEFENDANT'S
MOTION FOR REVIEW OF BAIL AND
SETTING CONDITIONS OF RELEASE - 2

4. The defendant shall sign and complete form A.O. 199C before being released and shall reside with his aunt at the address furnished.

5. The defendant shall remain in the Eastern District of Washington while the case is pending.

6. The defendant shall participate in electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of Pretrial Services. In the event the defendant does not respond to electronic monitoring or cannot be found, the Pretrial Services Officer shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the defendant. The cost of this program is to be paid by the defendant unless this officer determines that the defendant is unable to pay, and in such case the cost of this surveillance is to be paid under a program established in accordance with 18 U.S.C. § 3154(11). On a showing of necessity, the defendant may obtain written permission to leave this area from the United States Probation Office. The defendant shall not be released from custody until the home electronic monitoring is in place.

7. The defendant shall maintain or actively seek employment.

8. The defendant shall not possess a firearm, destructive device or other dangerous weapon.

9. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce any firearm

ORDER GRANTING DEFENDANT'S
MOTION FOR REVIEW OF BAIL AND
SETTING CONDITIONS OF RELEASE - 3

or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

10. The defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Based on the defendant's history of past drug related use and behavior and based on the government's presentation regarding defendant's past drug use and behavior, the court finds that the requisite probable cause has been established to warrant random drug testing in order to insure compliance with the above conditions for release. Based upon this court's finding of probable cause warranting random drug testing in this case, Defendant shall submit to regular urinalysis, or related testing, up to six a month as directed by a United States Probation Officer. Defendant shall undergo a substance abuse evaluation and complete treatment indicated by this evaluation. Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment but shall only conduct any testing at a public facility.

11. The defendant shall report to the United States Probation Office before or immediately after his release and shall report at such times and in such manner as they direct.

12. The Defendant shall have no contact with Charie White and shall have no contact directly or indirectly with any known or

ORDER GRANTING DEFENDANT'S
MOTION FOR REVIEW OF BAIL AND
SETTING CONDITIONS OF RELEASE - 4

1  suspected gang members.
2      13.  Defendant is confined to his place of residence at all
3  times when not at work.  Defendant may only leave his residence,
4  except for work, upon specific written permission of his probation
5  officer.
6      13.  The Defendant shall post a $15,000 corporate surety
7  bond and a $15,000 appearance bond signed by his aunt with whom he
8  will be residing.
9      **You are advised that a violation of any of the foregoing**
10 **conditions of release may result in the immediate issuance of a**
11 **warrant for your arrest, revocation of your release and**
12 **prosecution for contempt of court which could provide for**
13 **imprisonment, a fine or both.  Specifically, you are advised that**
14 **a separate offense is established by the knowing failure to appear**
15 **and that an additional sentence may be imposed for the commission**
16 **of a crime while on this release.  In this regard, any sentence**
17 **imposed for these violations is consecutive to any other sentence**
18 **you may incur.**
19     DATED this 1st day of December, 2005.

                                    s/Michael W. Leavitt
                                   MICHAEL W. LEAVITT
                                United States Magistrate Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR REVIEW OF BAIL AND
SETTING CONDITIONS OF RELEASE - 5