AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| United States of America | Case No: 2:05CR06041-001 |
| v. | USM No: 11307-085 |
| Aaron Dean Kinsey, | |
| Date of Previous Judgment: 08/03/2006 | Tracy A. Staab |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __70 months__ months **is reduced to** __60 months__.

Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. Section 3582(c) (Ct Rec 90) is GRANTED.

Except as provided above, all provisions of the judgment dated __08/03/2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4/11/2008

_____
Judge's signature

Effective Date: 4/11/2008
(if different from order date)

The Honorable Edward F. Shea    Judge, U.S. District Court
Printed name and title